IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 1:25-00217-KD-MU |
| | ) | |
| KARTARIUS DEWAN JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

1. **Count One** **(Conspiracy to Commit Bank Fraud)**

    a) We the Jury find Defendant Kartarius Dewan Johnson:

    _____NOT GUILTY          __✓__GUILTY

2. **Count Two** **(Bank Fraud)**

    a) We the Jury find Defendant Kartarius Dewan Johnson:

    _____NOT GUILTY          __✓__GUILTY

3. **Count Six** **(Possession of Contraband by a Federal Prisoner (Phone))**

    a) We the Jury find the Defendant Kartarius Dewan Johnson:

    _____NOT GUILTY          __✓__GUILTY

1

SO SAY WE ALL.

_____

FOREPERSON

FILED IN OPEN COURT THIS
4th DAY OF AUGUST 2026.
KIT EKMAN, CLERK OF COURT


BY: *Michelle Henken*

COURTROOM DEPUTY

2